ANTHONY P. SGRO, ESQ.
Nevada Bar No. 3811
EUNICE M. BEATTIE, ESQ.
Nevada Bar No. 10382
SGRO & ROGER
720 South Seventh Street, 3rd Floor
Las Vegas, Nevada 89101
Telephone: (702) 384-9800
Facsimile: (702) 665-4120
tsgro@sgroandroger.com
ebeattie@sgroandroger.com
*Attorneys for Plaintiff*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| KAYSEE NITTA,<br><br>Plaintiff,<br><br>vs.<br><br>UNITED STATES OF AMERICA,<br><br>Defendants. | CASE NO. 2:17-CV-01137-GWN-CWH<br><br>**STIPULATION AND ORDER TO EXTEND DISCOVERY DEADLINES**<br><br>**(SECOND REQUEST)** |

Pursuant to LR 6-1 and LR 26-4, Plaintiff requests, and Defendant does not oppose, and hereby stipulate that this Court extend discovery in the above-captioned case sixty (60) days, pursuant to Plaintiff's request, which would extend discovery up to and including Monday, September 17, 2018. In addition, the parties stipulate that the dispositive motions and pretrial order deadlines be extended for an additional sixty (60) days as outlined herein, in support of Plaintiff's request. In support of this Stipulation and Request, the parties state as follows:

1. On April 24, 2017, Plaintiff filed her Complaint in United States District Court, District of Nevada.

2. On June 23, 2017, Defendant filed its Answer.

3. On August 28, 2017, the parties submitted a proposed scheduling order to the Court.
4. On September 20, 2017, Plaintiff received Defendant's 26.1 list of witnesses and documents.
5. On September 21, 2017, Plaintiff served her 26.1 list of witnesses and documents.
6. On November 6, 2017, Plaintiff propounded written discovery on Defendant.
7. On December 21, 2017, Defendant served its responses to Plaintiff.
8. On January 2, 2018, Plaintiff noticed the depositions of two lay witnesses, Ana Smith, and Natalie Weckesser.
9. On January 3, 2018, Defendant propounded written discovery on Defendant.

Since this time, more written discovery has been conducted, medical records have been requested, more depositions have been taken (including Plaintiff's deposition), and more depositions have been noticed or are anticipated to occur in the near future.

**DISCOVERY REMAINING**

1. Plaintiff will take the deposition of Defendant.
2. The parties will take the depositions of Plaintiff's medical providers once Defendant is able to obtain the medical records.
3. The parties will take the depositions of expert witnesses.
4. The parties will take the depositions of any and all other witnesses garnered through discovery.

This request for an extension of time is not sought for any improper purpose or other purpose of delay. Rather, it is sought by the parties solely for the purpose of allowing sufficient time to conduct discovery.

## WHY REMAINING DISCOVERY HAS NOT BEEN COMPLETED

The parties have been compiling documents and investigating the instant action. There have been some issues with obtaining medical records due to various providers' requirements for specific releases to be signed before releasing records. The parties are actively engaged in discovery and will proceed with necessary case depositions.

Counsel for Plaintiff has been occupied in dealing with new developments affecting this case, including continued medical treatment of Plaintiff. Counsel for Plaintiff has been working with Defendant's counsel to obtain the appropriate medical releases so that Defendant has access to Plaintiff's medical records.

This request for an extension is being made at the request of Plaintiff and Defendant does not object to the request. As such, the parties are stipulating to a sixty (60) day extension of all discovery deadlines.

Extension or Modification of the Discovery Plan and Scheduling Order. LR 26-4 governs modifications or extension of this discovery plan and scheduling order. Any stipulation or motion must be made not later than twenty-one (21) days before the expiration of the subject deadline and comply fully with LR 26-4.

The following is a list of the current discovery deadlines and the parties' proposed extended deadlines:

| SCHEDULED EVENT | **PROPOSED DEADLINE** | CURRENT DEADLINE |
|---|---|---|
| Close of Discovery | **Monday, September 17, 2018** | Wednesday, July 18, 2018 |
| Amendment to Pleadings | **Tuesday, June 19, 2018** | Thursday, April 19, 2018 |
| Plaintiff's Expert Disclosure | **Tuesday, June 19, 2018** | Thursday, April 19, 2018 |
| Defendant's Expert Disclosure | **Thursday, July 19, 2018** | Monday, May 21, 2018 |
| Plaintiff's Rebuttal Expert Report(s) | **Monday, August 20, 2018** | Wednesday, June 20, 2018 |

| Interim Status Report | **Thursday, July 19, 2018** | Monday, May 21, 2018 |
|---|---|---|
| Dispositive Motions | **Wednesday, October 17, 2018** | Friday, August 17, 2018 |
| Joint Pretrial Order1 | **Friday, November 16, 2018** | Monday, September 17, 2018 |

This Request for an extension of time is not sought for any improper purpose or other purpose of delay. Rather, it is sought by Plaintiff solely for the purpose of allowing sufficient time to conduct discovery in this case and adequately prepare their respective cases for trial. Defendant has no objection to Plaintiff's request.

This is the Second Request for an extension of time in this matter. The parties respectfully submit that the reasons set forth above constitute compelling reasons and good cause for the short extension.

///

///

///

///

///

///

///

///

///

///

///

///

---

1 However, if dispositive motions are filed, the proposed joint pretrial order will be due thirty days after the rulings on such dispositive motions.

WHEREFORE, Plaintiff requests, and Defendant does not oppose, that this Court extend the discovery period by sixty (60) days from the current deadline of July 18, 2018, up through and including Monday, September 17, 2018, and the other discovery dates as outlined in accordance with the table above.

DATED this 6th day of April, 2018.

SGRO & ROGER

*/s/ Eunice M. Beattie, Esq.*
ANTHONY P. SGRO, ESQ.
Nevada State Bar No. 3811
EUNICE M. BEATTIE, ESQ.
Nevada State Bar No. 10382
720 S. Seventh Street, 3rd Floor
Las Vegas, NV 89101
*Attorneys for Plaintiff*

DATED this 6th day of April, 2018.

UNITED STATES OF AMERICA

*/s/ Patrick A. Rose, Esq.*
PATRICK A. ROSE, ESQ.
Nevada State Bar No. 5109
501 Las Vegas Boulevard South, Suite 1100
Las Vegas, Nevada 89101
*Attorneys for Defendant*

**ORDER**

IT IS SO ORDERED.

Dated this ___ April 9 ____, 2018.

_____
UNITED STATES MAGISTRATE JUDGE