DAYLE ELIESON
United States Attorney
PATRICK A. ROSE
Assistant United States Attorney
Nevada Bar No. 5109
501 Las Vegas Blvd. So., Suite 1100
Las Vegas, Nevada 89101
(702) 388-6336
patrick.rose@usdoj.gov
*Attorneys for the United States*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| KAYSEE NITTA,<br><br>Plaintiff,<br><br>v.<br><br>UNITED STATES OF AMERICA,<br><br>Defendant. | 2:17-cv-01137-GMN-CWH<br><br>**Stipulation and Order to Extend Briefing Schedule**<br><br>**(First Request)** |

Pursuant to Rule 6(b)(1) of the Federal Rules of Civil Procedure and Rule IA 6-1 of this Court's Local Rules, the parties stipulate to extend the deadlines for an opposition and a reply as, and for the reasons, set forth below. This is the first request to extend such deadlines, and it is brought in good faith and not for the purpose of undue delay.

The deadline for Plaintiff's opposition to Defendant's Motion to Dismiss or, in the alternative, for Summary Judgment (ECF No. 32, filed 12/17/18) ("Motion") shall be extended from December 31, 2018 to January 18, 2019. The deadline for Defendant's reply shall be February 8, 2019.

The Motion raises subject matter jurisdiction grounds under Rule 12(b)(1), as well as summary judgment grounds under Rule 56. The Local Rules provide different response and reply times for a motion to dismiss compared to a motion for summary judgment. *See* LR 7-2(b). The ECF notification for the Motion reflected a response date of December 31, 2018, which would be the earlier of the two possible response dates under LR 7-2(b) and

applicable to all motions except a motion for summary judgment. In order to clarify the briefing deadlines in this matter, as well to extend them due to the present holiday season and other work and schedules of counsel, the parties have submitted this stipulation.

Respectfully submitted this 28th day of December 2018.

| | |
|---|---|
| SGRO & ROGER | DAYLE ELIESON<br>United States Attorney |
| /s/ *Anthony P. Sgro*<br>ANTHONY P. SGRO<br>720 S. 7th Street, 3rd Floor<br>Las Vegas, Nevada 89101<br>*Attorney for Plaintiff* | /s/ *Patrick A. Rose*<br>PATRICK A. ROSE<br>Assistant United States Attorney<br><br>*Attorneys for the United States* |

IT IS SO ORDERED.

**DATED** this  2  day of January, 2019

_____
Gloria M. Navarro, Chief Judge
UNITED STATES DISTRICT COURT