NICHOLAS A. TRUTANICH
United States Attorney
District of Nevada
Nevada Bar Number 13644

TROY K. FLAKE
Assistant United States Attorney
501 Las Vegas Blvd. South, Suite 1100
Las Vegas, Nevada 89101
702-388-6336
Troy.Flake@usdoj.gov

*Attorneys for the United States*

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| KAYSEE NITTA,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>UNITED STATES OF AMERICA,<br><br>　　　　Defendant. | 2:17-cv-01137-GMN-CWH<br><br>**UNOPPOSED MOTION TO STAY CASE DURING GOVERNMENT SHUTDOWN** |

The United States moves for a stay of proceedings and an extension of existing deadlines commensurate with the duration of, the lapse in appropriations (partial government shutdown). Plaintiff does not oppose this request.

　　　1.　　At midnight on December 21, 2018, the continuing resolution that had been funding the Department of Justice expired and appropriations to the Department lapsed.

　　　2.　　Absent an appropriation or continuing resolution, Executive Branch employees are prohibited from working, even on a voluntary basis, except in very limited circumstances, including "emergencies involving the safety of human life or the protection of property." 31 U.S.C. § 1342. The instant lawsuit does not appear to meet such criteria because it is a tort claim arising out of a motor vehicle accident. The lapse in appropriations also prevents the United States Attorney's Office from paying for costs that would otherwise be routine such as deposition transcription and work-related travel.

1

3. Defendant therefore requests a stay of proceedings until Congress has restored appropriations to the Department. Defendant also requests an extension of deadlines commensurate with the duration of the lapse in appropriations.

4. Counsel for the United States has been iformed that Plaintiff does not oppose this request.

5. Defendant will notify Plaintiff and the Court as soon as Congress has appropriated funds for the Department or enacted another continuing resolution and undersigned counsel can resume usual civil litigation duties.

Therefore, although we greatly regret any disruption caused to the Court and the other litigants, Defendant hereby moves for a stay in this case until Department of Justice attorneys are permitted to resume their usual civil litigation functions.

Respectfully submitted this 18th day of January 2019.

NICHOLAS A. TRUTANICH
United States Attorney

  /s/ Troy K . Flake
TROY K. FLAKE
Assistant United States Attorney

*Attorneys for the United States*

## ORDER

For good cause appearing, **IT IS HEREBY ORDERED** that the above Unopposed Motion to Stay Case, (ECF No. 37), is **GRANTED**. **IT IS FURTHER ORDERED** that the Stipulation to Extend Briefing Schedule, (ECF No. 36), is **DENIED** as moot. A new stipulation may be filed once the stay in this case is lifted.

**DATED** this  23  day of January, 2019.

Gloria M. Navarro, Chief Judge
UNITED STATES DISTRICT COURT

**Certificate of Service**

I hereby certify that on January 18, 2019, I electronically filed and served the foregoing **Unopposed Motion for Stay and Extension Due to Lapse of Appropriations** with the Clerk of the Court for the United States District Court for the District of Nevada using the CM/ECF system.

                                                  */s/ Troy K. Flake*
                                                  TROY K. FLAKE
                                                  Assistant United States Attorney