NICHOLAS A. TRUTANICH
United States Attorney
District of Nevada
Nevada Bar No. 13644

PATRICK A. ROSE
Assistant United States Attorney
Nevada Bar No. 5109
501 Las Vegas Blvd. So., Suite 1100
Las Vegas, Nevada 89101
(702) 388-6336
patrick.rose@usdoj.gov
*Attorneys for the United States*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| KAYSEE NITTA,<br><br>    Plaintiff,<br><br>v.<br><br>UNITED STATES OF AMERICA,<br><br>    Defendant. | 2:17-cv-01137-GMN-CWH<br><br>**Stipulation and Order to Lift Stay and Reset Briefing Schedule** |

Pursuant to the end of the partial government shutdown, as well as Rule 6(b)(1) of the Federal Rules of Civil Procedure and Rule IA 6-1 of this Court's Local Rules, the parties advise the Court of the following and request approval of the briefing scheduled set forth below.

1. At midnight on December 21, 2018, the continuing resolution that had been funding the Department of Justice (the Department) expired and appropriations to the Department lapsed.

2. During the lapse in appropriations, Defendant moved for and the Court granted a stay of proceedings. Order, ECF No. 38. The Court also denied as moot a pending stipulation to extend the due date for Plaintiff to oppose Defendant's dispositive

motion (identified below), while advising that a new stipulation could be filed once the stay is lifted. Order, ECF No. 38.

3. On the evening of Friday, January 25, 2019, the United States Congress enacted and the President signed a new continuing resolution funding the Department.

Now therefore, the parties request that the Court enter an order lifting the stay and approving the following briefing schedule: The deadline for Plaintiff's opposition to Defendant's Motion to Dismiss or, in the alternative, for Summary Judgment (ECF No. 32, filed 12/17/18) ("Motion") shall be March 4, 2019; and the deadline for Defendant's reply shall be March 25, 2019.

Respectfully submitted this 30th day of January 2019.

| | |
|---|---|
| SGRO & ROGER | NICHOLAS A. TRUTANICH<br>United States Attorney |
| /s/ Anthony P. Sgro<br>ANTHONY P. SGRO<br>720 S. 7th Street, 3rd Floor<br>Las Vegas, Nevada 89101<br>*Attorney for Plaintiff* | /s/ Patrick A. Rose<br>PATRICK A. ROSE<br>Assistant United States Attorney<br><br>*Attorneys for the United States* |

**IT IS SO ORDERED:**

_____
Gloria M. Navarro, Chief Judge
UNITED STATES DISTRICT COURT

**DATED** this __5__ day of February, 2019.