NICHOLAS A. TRUTANICH
United States Attorney
District of Nevada
Nevada Bar No. 13644

PATRICK A. ROSE
Assistant United States Attorney
Nevada Bar No. 5109
501 Las Vegas Blvd. So., Suite 1100
Las Vegas, Nevada 89101
(702) 388-6336
patrick.rose@usdoj.gov
*Attorneys for the United States*

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| KAYSEE NITTA,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>UNITED STATES OF AMERICA,<br><br>　　　　Defendant. | 2:17-cv-01137-GMN-CWH<br><br>**Stipulation and Order to Extend Deadline for Reply Brief**<br>**(First Request)** |

Pursuant to Rule 6(b)(1) of the Federal Rules of Civil Procedure and Rule IA 6-1 of this Court's Local Rules, the parties, through undersigned counsel, stipulate to a one-week extension, from March 25, 2019 to April 1, 2019, for the United States to file its reply to Plaintiff's opposition (ECF No. 41, filed 03/01/19) to the United States' Motion to Dismiss or, in the alternative, Summary Judgment (ECF No. 32, filed 12/17/18). This is the first request to extend the reply deadline, although such deadline resulted from a previous extension for Plaintiff's opposition, along with a reset briefing schedule following the end of partial government shutdown. *See* ECF Nos. 35, 40.

Since the filing of Plaintiff's opposition, undersigned defense counsel has had to devote time and attention to other matters including travel and out-of-state depositions in the case of *Lawrence et al v. Las Vegas Metropolitan Police Dept., et al.*, case no. 2:16-cv-03039-RFB-NJK. Counsel has out-of-the office appointments on March 22 and 25, 2019, as well

as a response due on March 25, 2019 in *Allstate Fire & Cas. Ins. Co. v. Barbara Ruud, et. al.*, 2:18-cv-02303-JCM-CWH.

    Given these circumstances and other duties, undersigned counsel requires the additional time requested herein to adequately prepare the reply brief in the present matter. Accordingly, the parties stipulate to extend the deadline for the United States' reply brief from March 25, 2019 to April 1, 2019. This stipulated request is submitted for the reasons explained above, in good faith, and not for purposes of undue delay.

    Respectfully submitted this 19th day of March 2019.

| | |
|---|---|
| SGRO & ROGER | NICHOLAS A. TRUTANICH<br>United States Attorney |
| */s/ Anthony P. Sgro*<br>ANTHONY P. SGRO<br>720 S. 7th Street, 3rd Floor<br>Las Vegas, Nevada 89101<br>*Attorney for Plaintiff* | */s/ Patrick A. Rose*<br>PATRICK A. ROSE<br>Assistant United States Attorney<br><br>*Attorneys for the United States* |

**IT IS SO ORDERED.**

_____
Gloria M. Navarro, Chief Judge
UNITED STATES DISTRICT COURT

**DATED** this __19__ day of March, 2019.